AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Alabama

United States of America
v.
**JOSELO RUIZ-BATISTA**

*Defendant*

)
)
)
)
)
)

Case No.  22-MJ-65-M

HSI
USMS# 37899-069
FID# 8706213
Warrant# 2203-0513-1331-J
Agent didn't provide identifiers until
5/13/22

**ARREST WARRANT**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOSELO RUIZ-BATISTA                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 46 U.S.C. 70503: An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

Title 46 U.S.C. 70506(b): Conspiracy to violate Title 46 U.S.C. 70503   To wit! Cocaine

Date:    5/6/22

*Issuing officer's signature*

Bert W. Milling Jr.
Hon. Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*

City and state:    Mobile, Alabama

| Return |
|---|
| This warrant was received on *(date)*  5/6/22  , and the person was arrested on *(date)*  5/13/22  at *(city and state)*  Miami, FL |
| Date:    5/13/22   *Kristin Montiel* <br> *Arresting officer's signature* <br><br> Kristin Montiel, PSS <br> *Printed name and title* |